UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>    Plaintiff,<br><br>    v.<br><br>E. DOTSON, et al.,<br><br>    Defendants. | Case No. 15-cv-05373-PJH<br><br>**ORDER ON MOTIONS**<br><br>Re: Dkt. Nos. 88, 90 |

Plaintiff proceeds with a pro se civil rights action. Defendants filed a motion for summary judgment for failure to exhaust on April 5, 2017. Plaintiff was provided an extension and was to file his opposition by June 23, 2017. Plaintiff has requested an additional 90 day extension. Plaintiff's motions (Docket Nos. 88, 90) are **DENIED** in part. Plaintiff may have until **July 23, 2017**, to file his opposition. Plaintiff has been granted a great deal of time and failure to file an opposition may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 27, 2017

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2015\2015_05373_Trevino_v_Dotson_(PSP)\15-cv-05373-PJH-ext4.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>    Plaintiff,<br><br>v.<br><br>E. DOTSON, et al.,<br><br>    Defendants. | Case No. 15-cv-05373-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Trevino ID: J-64367
Salinas Valley State Prison D4-#130L
P.O. Box 1050
Soledad, CA 93960


Dated: June 27, 2017

                                              Susan Y. Soong
                                              Clerk, United States District Court


                                              By:_____
                                              Kelly Collins, Deputy Clerk to the
                                              Honorable PHYLLIS J. HAMILTON